Motion to Dismiss Granted, and Memorandum Opinion filed June 19, 2008








Motion
to Dismiss Granted, and Memorandum Opinion filed June 19, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00383-CV

____________

 

IN RE MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I ON

On May
9, 2008, relator filed a petition for writ of mandamus, asking this Court to
order the respondent[1] to vacate an
amended show cause order.  On June 10, 2008, relator moved to dismiss its
mandamus proceeding because the real party in interest withdrew the motion to
show cause in the underlying suit.  The motion to dismiss is granted.

PER
CURIAM

Petition Dismissed and Memorandum Opinion
filed June 19, 2008.

Panel consists of Justices Yates,
Anderson, and Brown.

 









[1]           The
Honorable Mike Wood, Judge of Probate Court Number Two, Harris County, Texas